**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-21-00186-CR**
_____

**JASON MATTHEW GOLDSMITH, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

_____

**On Appeal from the 9th District Court**
**Montgomery County, Texas**
**Trial Cause No. 18-11-14553-CR**

_____

**MEMORANDUM OPINION**

Before this Court issued a decision, Jason Matthew Goldsmith filed a motion to dismiss his appeal. *See* Tex. R. App. P. 42.2. The appellant and his attorney signed the motion. *See id.* We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on November 16, 2021
Opinion Delivered November 17, 2021
Do Not Publish

Before Golemon, C.J., Kreger and Johnson, JJ.